AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 11-mj-1159-RBC-1 |
| ZSOLT LENDVAI ) | |
| *Defendant* ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ZSOLT LENDVAI                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Beginning in or around October 2011, if not earlier, and continuing through their arrest on state charges on November 29, 2011, ZSOLT LENDVAI and ENIKO SOMODI conspired together and with others known and unknown to the United States Attorney, in violation of 18 U.S.C. § 371; committed mail and wire fraud, in violation of 18 U.S.C. §§ 1341, 1343 and 2, by using the mail and the Internet to sell vehicles that they did not own or have the right to sell on others' behalf; and committed identification document fraud, in violation of 18 U.S.C. §§ 1028(a)(3) and 2, by using false passports to open bank accounts and boxes at mailing facilities such as UPS stores for use in the above schemes.

Date:   DEC 1 4 2011                                  _____
                                                                              *Issuing officer's signature*

City and state:   Boston, Massachusetts             Robert B. Collings, United States Magistrate Judge
                                                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                       _____ *Arresting officer's signature* |
| _____ *Printed name and title* |