AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>_Zsolt Lendvai_<br>Defendant | )<br>)<br>)  Case No. mj 11-1159-RBC<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: DEC 2 2 2011

_____
Defendant's signature

_____
Signature of defendant's attorney

Stylianus Sims / 560148
Printed name and bar number of defendant's attorney

Boston, MA
Address of defendant's attorney

stellio_sims@fd.org
E-mail address of defendant's attorney

(617) 223-8061
Telephone number of defendant's attorney

(617) 223-8080
FAX number of defendant's attorney