AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA

2011 DEC 16 P 2: 12

2011 DEC 14 P 4: 5L

| United States of America | ) |
|---|---|
| v. | ) |
| ZSOLT LENDVAI | ) Case No. 11-mj-1159-RBC-1 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ZSOLT LENDVAI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Beginning in or around October 2011, if not earlier, and continuing through their arrest on state charges on November 29, 2011, ZSOLT LENDVAI and ENIKO SOMODI conspired together and with others known and unknown to the United States Attorney, in violation of 18 U.S.C. § 371; committed mail and wire fraud, in violation of 18 U.S.C. §§ 1341, 1343 and 2, by using the mail and the Internet to sell vehicles that they did not own or have the right to sell on others' behalf; and committed identification document fraud, in violation of 18 U.S.C. §§ 1028(a)(3) and 2, by using false passports to open bank accounts and boxes at mailing facilities such as UPS stores for use in the above schemes.

Date: DEC 1 4 2011

*Issuing officer's signature*

City and state: Boston, Massachusetts

Robert B. Collings, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/14/11, and the person was arrested on *(date)* 12/15/11
at *(city and state)* _____.

Date: 12/15/11

*Arresting officer's signature*

Timothy A. Costello, Special Agent ICE/HSI
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Zsolt Lendvai

Known aliases:  Chad, Fabricio De Song, Paulino Dias, Georges Netis, Valerios Vetenas, Daniele Martinez

Last known residence:  Boston Hotel Buckminster, Kenmore Square, Boston, Massachusetts

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth:  12/13/1985

Social Security number: 

Height:  5'6"           Weight:  178

Sex:  M              Race:  White

Hair:  Dark brown        Eyes:  Green

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address:  ICE/HSI, Office of the Special Agent in Charge, 10 Causeway Street, Room 722, Boston, MA 02222

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: