Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-cr-10112 |
| ) | |
| ZSOLT LENDVAI ) | |

## WAIVER OF INDICTMENT

I, **ZSOLT LENDVAI**, the above-named defendant, who is accused of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), and use of a false, forged, counterfeit, or altered passport, in violation of 18 U.S.C. § 1543, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on July 27, 2012 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
George A. O'Toole, Jr.
U.S. District Court Judge

7/27/12