AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>all funds on deposit in Sovereign Bank account number 39804195681, held in the name of AMZ Secure Market LLC | )<br>)<br>)  Case No.  11-mj-01159-RBC<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ____Massachusetts____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

all funds on deposit in Sovereign Bank account number 39804195681, held in the name of AMZ Secure Market LLC.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ____03/07/2012____
                                                                                                             *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ Robert B. Collings _____.
                                                                                                             *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                         ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  FEB 2 2 2012
                       at 2:47 pm                                        _____
                                                                                *Judge's signature*

City and state:  Boston, Massachusetts      HON. ROBERT B. COLLINGS, U.S. Magistrate Judge
                                            UNITED STATES MAGISTRATE JUDGE
                                            United States District Court
                                            John Joseph Moakley United States Courthouse
                                            1 Courthouse Way, Suite 7420
                                            Boston, Massachusetts 02210
                                                 *Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 11-mj-01159-RBC | Date and time warrant executed: 02·23·12  4PM | Copy of warrant and inventory left with: Susan Davison |
| Inventory made in the presence of: | | |

Inventory of the property taken:

$ 7,054.35 in United States Currency

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04·10·2012

_T. Noonan_
Executing officer's signature

T. Noonan US Postal Inspector
Printed name and title