UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>          v.<br><br>**ZSOLT LENDVAI**<br><br>          **Defendant** | **Criminal Case No. 12-10112-GAO** |

## ASSENTED-TO MOTION TO CONTINUE THE SENTENCING HEARING

The United States moves for the Court to continue Mr. Lendvai's sentencing hearing, currently scheduled for December 4, 2012, for at least three weeks, on the ground that some of the victims have not received notice of the hearing and an opportunity to submit victim impact statements, and the remaining time would be too short for them to do so. Mr. Lendvai's counsel has advised the United States that he assents to the continuance.

                                                  Respectfully submitted.

                                                  CARMEN M. ORTIZ
                                                  United States Attorney

                            By:    */s/ Scott L. Garland*
                                                   Scott L. Garland
                                                   Assistant U.S. Attorney

Date: November 29, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system and therefore will be served on defense counsel through the resulting Notice of Electronic Filing.

>*/s/ Scott L. Garland*
>Scott L. Garland
>Assistant U.S. Attorney

Date: November 29, 2012