UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-10112-GAO |
| | ) | |
| ZSOLT LENDVAI, | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

Pursuant to Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, which authorizes the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 29, 2013 and ending on February 27, 2013.  *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.   Executed on April 10, 2013 at Boston, Massachusetts.

/s/ Veronica M. Lei
SCOTT L. GARLAND
VERONICA M. LEI
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Court Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Veronica M. Lei
VERONICA M. LEI
Dated: April 10, 2013                             Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# COURT CASE NUMBER: CR 12-10112-GAO; NOTICE OF FORFEITURE

Notice is hereby given that on January 25, 2013, in the case of <u>U.S. v. Zsolt Lendvai</u>, Court Case Number CR 12-10112-GAO, the United States District Court for the District of Massachusetts entered an Order condemning and forfeiting the following property to the United States of America:

Sovereign Bank Check # 7900659 in the amount of $7,124.37 from Account # 98500936954 which was seized from Sovereign Bank on April 04, 2012 at 2 Morrissey Blvd, located in Dorchester, MA;

TD Bank, N.A. check # 1202286 in the amount of $15,824.00 and check # 1202287 in the amount of $24,075.00 from Account # 4241739303 which was seized from TD Bank, N.A. on April 04, 2012, at 54 Central St, located in Foxboro, MA;

5 Citizens Bank checks totaling $171,943.76 from Account # 20752113 which was seized from Citizens Bank on April 04, 2012 at One Citizens Dr, located in Riverside, RI; and

7 Bank of America checks totaling $150,252.35 from Account # 001641004969 which was seized from Bank of America on April 04, 2012 at 46 Pleasant St, located in Malden, MA.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (January 29, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210, and a copy served upon Assistant United States Attorney Veronica M. Lei, 1 Courthouse Way, Suite 9200, Boston, MA  02210. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Attachment A
# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 29, 2013 and February 27, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Zsolt Lendvai

**Court Case No:** CR 12-10112-GAO
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/29/2013 | 24.0 | Verified |
| 2 | 01/30/2013 | 24.0 | Verified |
| 3 | 01/31/2013 | 24.0 | Verified |
| 4 | 02/01/2013 | 24.0 | Verified |
| 5 | 02/02/2013 | 24.0 | Verified |
| 6 | 02/03/2013 | 24.0 | Verified |
| 7 | 02/04/2013 | 24.0 | Verified |
| 8 | 02/05/2013 | 24.0 | Verified |
| 9 | 02/06/2013 | 24.0 | Verified |
| 10 | 02/07/2013 | 24.0 | Verified |
| 11 | 02/08/2013 | 24.0 | Verified |
| 12 | 02/09/2013 | 24.0 | Verified |
| 13 | 02/10/2013 | 24.0 | Verified |
| 14 | 02/11/2013 | 24.0 | Verified |
| 15 | 02/12/2013 | 24.0 | Verified |
| 16 | 02/13/2013 | 24.0 | Verified |
| 17 | 02/14/2013 | 24.0 | Verified |
| 18 | 02/15/2013 | 24.0 | Verified |
| 19 | 02/16/2013 | 24.0 | Verified |
| 20 | 02/17/2013 | 24.0 | Verified |
| 21 | 02/18/2013 | 24.0 | Verified |
| 22 | 02/19/2013 | 24.0 | Verified |
| 23 | 02/20/2013 | 23.9 | Verified |
| 24 | 02/21/2013 | 23.8 | Verified |
| 25 | 02/22/2013 | 24.0 | Verified |
| 26 | 02/23/2013 | 24.0 | Verified |
| 27 | 02/24/2013 | 23.9 | Verified |
| 28 | 02/25/2013 | 24.0 | Verified |
| 29 | 02/26/2013 | 24.0 | Verified |
| 30 | 02/27/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.