UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-10112-GAO |
| | ) | |
| ZSOLT LENDVAI, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

**O'TOOLE, D.J.**

WHEREAS, on April 10, 2012, the United States Attorney for the District of Massachusetts filed a two-count Information charging defendant Zsolt Lendvai (the "Defendant") with Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h) (Count One), and Use of a False, Forged, Counterfeit, or Altered Passport, in violation of 18 U.S.C. § 1543 (Count Two);

WHEREAS, the Information also contained a forfeiture allegation, pursuant to 18 U.S.C. § 982(a)(1), which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the Information, of any property, real or personal, involved in such offense, or any property traceable to such property. Such property specifically included, without limitation:

(a)  any funds seized from Sovereign Bank account number 39804154654, held in the name of Vanesas Papas;

(b)  any funds seized from Sovereign Bank account number 10027369346, held in the name of Vanesas Papas;

(c)  any funds seized from Sovereign Bank account number 39802503753, held in the name of Secure Trading Deals LLC;

(d)  any funds seized from Sovereign Bank account number 31104969261, held in the name of Secure Trading Deals LLC;

(e)  any funds seized from Sovereign Bank account number 39804195681, held in the name of AMZ Secure Market LLC;

(f)  any funds seized from Bank of America account number 4637468273, held in the name of AMZ Secure Market, LLC;

(g)  any funds seized from Bank of America account number 4638436602, held in the name of AMAZ One Commerce, LLC;

(h)  any funds seized from Bank of America account number 4635076913, held in the name of AMA Zone Market, LLC;

(i)  any funds seized from Bank of America account number 4628327666, held in the name of Secure Trading Commerce, LLC;

(j)  any funds seized from Bank of America account number 4628327718, held in the name of Secure Trading Commerce, LLC;

(k)  any funds seized from Bank of America account number 4634636011, held in the name of Secure Trading Deals, LLC;

(l)  any funds seized from Bank of America account number 4616915077, held in the name of Positive Automotive, LLC;

(m)  any funds seized from Citizens Bank account number 1323462527, held in the name of AMA Secure Market LLC;

(n)  any funds seized from Citizens Bank account number 1322206314, held in the name of PPL Trading Services LLC;

(o)  any funds seized from Citizens Bank account number 1323462373, held in the name of Secure Trading Commerce LLC;

(p)  any funds seized from Citizens Bank account number 1321960198, held in the name of AMA Zone Mkt LLC;

(q)  any funds seized from Citizens Bank account number 1323220930, held in the name of Secure Trading LLC;

(r)  any funds seized from Citizens Bank account number 1322125136, held in the name of AMAZ One Commerce LLC;

(s)  any funds seized from TD Bank, N.A. account number 8248930724, held in the name of PPL Trading Services LLC; and

(t)  any funds seized from TD Bank, N.A. account number 8248675106, held in the name of AMZ Secure Marketing LLC

(collectively, the "Funds");

WHEREAS, the Information also contained a forfeiture allegation, pursuant to 18 U.S.C. § 982(a)(6), which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of the offense alleged in Count Two of the Information of (a) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and (b) any property, real or personal, (i) that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense, or (ii) that was used to facilitate, or was intended to be used to facilitate, the commission of the offense. The property specifically included, without limitation, the Funds;

WHEREAS, on July 27, 2012, the Defendant pled guilty to Counts One and Two of the Information;

WHEREAS, on January 23, 2013, this Court issued a Preliminary Order of Forfeiture against the Funds, pursuant to 18 U.S.C. § 982 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on January 29, 2013 and ending on February 27, 2013; and

WHEREAS, no claims of interest in the Funds have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Funds, and they are hereby forfeited to the United States of America pursuant to 18

U.S.C. § 982 and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Funds are hereby held in default.

4. The United States Marshals Service is hereby authorized to dispose of the Funds in accordance with applicable law.

                                             GEORGE A. O'TOOLE, JR
                                             United States District Judge

Dated: 6/19/13